```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602016785
Cashier ID: kruffin
Transaction Date: 01/03/2011
Payer Name: JOHN D SAXON PC
------------------------------------
CIVIL FILING FEE
 For: JOHN D SAXON PC
 Case/Party: D-ALM-3-11-CV-000001-001
 Amount:         $350.00
------------------------------------
CHECK
 Check/Money Order Num: 3831
 Amt Tendered:   $350.00
------------------------------------
Total Due:       $350.00
Total Tendered:  $350.00
Change Amt:      $0.00

3:11-CV-001-CSC

LANE V. CENTRAL ALABAMA COMMUNITY
COLLEGE ET AL
```